IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: TRANSFER OF MONEY MARKET CHECKING
ACCOUNTS TO UNITED BANK

Civil Action Number: 1:03CV017

ORDER

It appears to the Court that the funds in the money market checking account for civil action 1:03cv017 will receive a higher rate of return in a NOW account at United Bank in Wheeling than the funds are presently receiving from the Citizens National Bank in Elkins. The amount of funds in this account is $100.00 plus interest earned since November 30, 2007.

It is so ORDERED, civil case 1:03cv017 funds be transferred from the Citizen's National Bank in Elkins, WV to the United Bank in Wheeling, WV.

Entered: January 24, 2008

IRENE M. KEELEY
CHIEF JUDGE